Ira M. Schwartz, (SBN 010448)
**Parker Schwartz, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
ischwartz@psazlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Toys by Daphne, Inc., An Arizona Corporation; and Jane Spicer, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Nan Ning Shi Ma Ke Technology Co, Ltd.,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT**<br><br>**(Copyright Infringement)**<br><br>**Jury Trial Demanded** |

Toys by Daphne, Inc. and Jane Spicer, for their complaint against Nan Ning Technology Co. Ltd. complain and allege as follows.

**Parties and Jurisdiction**

1. Toys by Daphne, Inc., aka Daphne's Headcovers ("Daphne's Headcovers") is an Arizona corporation with its principal place of business located in Phoenix, Arizona.

2. Jane Spicer ("Spicer") is an individual who resides in Maricopa County, Arizona.

3. Nan Ning Shi Ma Ke Technology Co. Ltd. ("Nan Ning") is a company located in Nan Ning, GuangXi, China.

4. This matter concerns claims for copyright infringement. The infringing products are promoted and advertised for sale in the United States online through Amazon.com, including being advertised and marketed in this district.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1338.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391.

**Count 1 – Copyright Infringement**

7. Daphne's Headcovers is the manufacturer of golf club headcovers. Daphne's Headcovers has been in the business of creating and selling these golf club headcovers for over 30 years and has distributed its headcovers extensively throughout the United States and internationally.

8. Daphne's Headcovers are well known in the industry.

9. One of Daphne's Headcover's most well-know headcovers is a headcover bearing a tiger design (the "Tiger Headcover"). This headcover is very well known in the golf world because this headcover is carried by and used by Tiger Woods. An image of the Tiger Headcover is attached as Exhibit A to this Complaint.

10. The Tiger Headcover is protected by copyright and is the subject of the following copyright registration: Reg. No. VA 1-278-473 registered June 25, 2004. Copy of the copyright registration is attached as Exhibit B.

11. Jane Spicer is the owner of the Copyright Registrations for the Tiger Headcover.

12. Jane Spicer is also the owner of Daphne's Headcover. Daphne's Headcovers is the exclusive manufacturer and distributor of the Tiger Headcovers.

13. On or about December 2022, Daphne's Headcovers learned that a competitor was selling a substantially similar copy of its Tiger Headcover (the "Infringing Headcover") and this Infringing Headcover was available on Amazon.com. A copy of the Amazon listing showing the Infringing Headcover is attached as Exhibit C.

14. Subsequently Daphne's Headcover's learned that the Infringing Headcover is produced and offered for sale by Nan Ning.

15. The Infringing Headcover is a substantial copy of the Tiger Headcover and is substantially similar in appearance to the Tiger Headcover.

16. Upon information and belief, due to the substantial and widespread distribution of the Tiger Headcover, Plaintiff's believe and allege that Infringing Headcover is a substantial copy of the Tiger Headcover.

17. Nan Ning's actions in producing the Tiger Headcover and posting and distributing copies and images of the Infringing Headcover are a violation of Spicer's copyrights.

18. Neither Spicer nor Daphne's Headcover authorized Nan Ning's actions in producing infringing Tiger Headcovers or making any use of images of the Tiger Headcovers.

3

19. On December 21, 2022, Daphne's Headcovers issued a copyright takedown notice to Amazon, in accordance with Amazon's copyright policies, informing them that the item listed under Amazon's ASIN B0B4NSX32Z infringed Spicer's copyrights. Based on this notice, Amazon removed the product from its site.

20. Subsequently, Nan Ning filed a counter-notice with Amazon disputing Spicer's copyright infringement claims.

21. These actions by Nan Ning have caused and continue to cause harm and damage to Spicer and Daphne's Headcovers.

22. Spicer and Daphne's Headcovers are entitled to recover damages in the amount to be proven at trial.

23. In the alternative, Spicer and Daphne's Headcovers are entitled to recover statutory damages pursuant to 17 U.S.C. §504.

24. In addition, Spicer and Daphne's Headcovers are suffering and will continue to suffer irreparable injury and are entitled to injunctive relief.

Wherefore, Spicer and Daphne's Headcovers request relief as follows:

A. A preliminary and permanent injunction preventing and restraining Nan Ning, its employees, agents, directors, officers, representatives, and all persons in active concert with them (the "Nan Ning Parties") from copying, reproducing, displaying, using, distributing any version of the Tiger Headcover, any substantially similar products or images, or any products derived from the Tiger Headcover.

B. For a court order requiring Nan Ning Parties to deliver any and all copies of the Tiger Headcover in their possession or control to counsel for the Plaintiff's for destruction;

C. For damages in the amount to be proven at trial;

D. In the alternative, for statutory damages in the amount of $30,000 per act of infringement;

E. For their court costs and reasonable attorney's fees incurred in this matter, pursuant to 17 U.S.C. §505 ; and

F. For such other relief as the court deems just and proper.

**Demand for Jury Trial**

Plaintiff demands a trial by jury.

DATED this 9th day of January, 2023.

**Parker Schwartz, PLLC**

By  *s/Ira M. Schwartz*
Ira M. Schwartz
7310 North 16th Street
Suite 330
Phoenix, Arizona 85020
*Attorneys for Plaintiffs*